UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

- v -

CONOR BRIAN FITZPATRICK,

                   Defendant.
------------------------------------------------------X

24 mj 003

**WAIVER OF SPEEDY PRESENTMENT**

     I, Conor Brian Fitzpatrick, have been advised by Special Agents John Longmire and Samuel Koffman, of the Federal Bureau of Investigation, of the following:

     1. I was arrested today in connection with a Petition submitted to United States District Court Judge T.S. Ellis, III by Supervising U.S. Probation Officer Kimberly Hess. I understand that the Petition alleges certain violations of the conditions of my pretrial release, including use of a computer without the required monitoring software and access to VPN services.

     2. I have the right to remain silent, and to refuse to answer any questions.

     3. Anything I say can be used against me in a court of law.

     4. I have a right to a lawyer, and to have that lawyer present at all stages of the criminal proceedings against me, including any interviews with law enforcement agents or other representatives of the Government.

     5. If I do not have the funds to retain a lawyer, the Court will appoint a lawyer to represent me at no cost to myself.

     6. I have a right to be brought without undue delay before a United States Magistrate Judge or other judicial officer who, in accordance with Federal Rule of Criminal Procedure 5(c)(3), would:

         a. Formally advise me of the charges against me;

   b. Transfer my case to the district where the offense was allegedly committed;

   c. Appoint a lawyer to represent me if I cannot afford one or give me an opportunity to retain my own lawyer; and

   d. Determine whether I should be released on bail pending trial of the case against me.

  7. I have the right for the appearance described in the previous paragraph to be before a United States Magistrate Judge or other judicial officer in the Southern District of New York, the judicial district in which I was arrested on January 2, 2024.

  I understand all of these rights and I hereby choose to waive my right to a speedy initial appearance before a United States Magistrate Judge or other judicial officer. I also waive all the other rights referenced in this Waiver form. I understand that I am not required to waive the rights referred to herein merely because I may have previously done so. I waive these rights knowingly and voluntarily, and without any promise having been made to me.

  I understand that I will, at a future time, be presented before a United States Magistrate Judge or other judicial officer in the Eastern District of Virginia on a Petition charging me with violations of my pretrial release conditions and that I will remain in custody until that time. I understand that Special Agents Longmire and Koffman will transport me to the Eastern District of Virginia for my presentment there.

Dated: White Plains, New York
   January, 2, 2024

_Conoh Fitzpatrick_
Defendant

_[signature]_
Witness